## FORM 3 – MOTION TO PROCEED IN FORMA PAUPERIS ("IFP")

In order for the complaint to be filed, it must be accompanied by the filing fee of $350 plus a $52.00 Administrative Fee. If you are unable to pay the filing fee, you must file Form 3 – Motion to Proceed In Form Pauperis with the complaint. On Form 3, you must provide an explanation for why you are unable to pay the filing fee. For example: "I am unemployed and have no money except unemployment compensation." Or: "I earn $____ a week and must support a family of ____."

The judge assigned to your case will decide whether to grant you permission to file your case in forma pauperis. If the judge grants you permission to proceed in forma pauperis, then the U.S. Marshal's Office will serve copies of your complaint on the defendant(s). Therefore, you must give the correct name and address of each defendant.

If the judge does not grant permission to proceed in forma pauperis, then you must pay the $350 filing fee. You then must arrange to serve the complaint on the defendant(s). The U.S. Marshal's Office will **not** automatically serve the complaint for you if you are not granted in forma pauperis status.

## FORM 4 – REQUEST FOR APPOINTMENT OF ATTORNEY

If you desire to have an attorney and believe you are entitled to have one appointed, you should file Form 4 – Request for Appointment of Attorney. Attorneys are selected from the Plaintiff's Employment Panel, as outlined in the enclosed Program Description. Please read this enclosure carefully.

You may obtain a copy of your investigative file. Federal employees may do so from the federal agency involved by calling that agency. Other employees can obtain a copy from the Equal Employment Opportunity Commission (EEOC) by writing to:

> Fredricka Warren
> Christine Spriggs
> EEOC, Information Specialists
> 801 Market Street, Suite 1300
> Philadelphia, PA 19107

When you have completed your forms, send via email to PAED_Documents@paed.uscourts.gov, bring them or mail them to:

> Clerk of Court
> United States District Court
> 601 Market Street, Room 2609
> Philadelphia, PA 19106-1797

If you have any questions, you may call the Clerk's Office at (215) 597-7704 and ask for the Pro Se Writ Clerk.

**NOTE:** You should keep a copy of the forms that you file for your records.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption: __Julian Hayes__
_____
*Full name(s) of Plaintiff(s)*

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

v.

__City of Philadelphia, PA__
__Free Library of Philadelphia__
*Full name(s) of Defendant(s)*

CIVIL ACTION NO._____

This action is brought for discrimination in employment pursuant to (check only those that apply):

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

☐ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☑ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name: Julian Hayes
Street Address: 
County, City: Phila. PA 19142
State & Zip: PA 19142
Telephone Number: (267) 292-8008

B.   List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant   Name: City of Phila., Free Library of Philadelphia
Street Address: 1901 Vine St.
County, City: Philadelphia
State & Zip: PA 19142
Telephone Number: (215) 686-5307

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer: Free Library of Philadelphia
Street Address: 1901 Vine St.
County, City: Philadelphia
State & Zip: PA 19142
Telephone Number: (215) 686-5307

**II.   Statement of the Claim**

A.   The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

☐ Failure to hire me
✓ Termination of my employment
✓ Failure to promote me

-2-

    \_\_\_\_ Failure to reasonably accommodate my disability
    ✓ Failure to reasonably accommodate my religion
    ✓ Failure to stop harassment
    \_\_\_\_ Unequal terms and conditions of my employment
    ✓ Retaliation
    \_\_\_\_ Other (*specify*):_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B. It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) **08**, (day) **10**, (year) **2015**.

C. I believe that the defendant(s) (check one):

    ✓ is still committing these acts against me.
    \_\_\_\_ is **not** still committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

    ✓ race **African American**      \_\_\_\_ color _____
    ✓ religion **Christian**      \_\_\_\_ gender/sex _____
    \_\_\_\_ national origin _____
    \_\_\_\_ age    My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination)

E. The facts of my case are as follow (*attach additional sheets of paper as necessary*):

I Julian Hayes am claiming discrimination on the basis of race, religion and retaliation for the violation of the Occupational Safety and Health Administration guidelines when raising COVID19 concerns.

I was also retaliated against for reporting a potential child predator at the workplace who was caught committing sexual misconduct with what appeared to be an underaged young girl.

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

III. **Exhaustion of Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: __June 17, 2021__ *(Date)*.

B. The Equal Employment Opportunity Commission *(check one)*:

    ____ has not issued a Notice of Right to Sue Letter.
    ✓ issued a Notice of Right to Sue Letter, which I received on __July 6, 2021__ *(Date)*.

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C. *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    ____ 60 days or more have passed.
    ____ fewer than 60 days have passed.

D. It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ *(Date)*.

E. Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct *(check one)*:

    ____ One year or more has passed.
    ____ Less than one year has passed.

IV.     Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____   Direct the defendant to hire the plaintiff.

✓    Direct the defendant to re-employ the plaintiff.

✓    Direct the defendant to promote the plaintiff.

✓    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

✓    Direct the defendant to reasonably accommodate the plaintiff's religion.

_____   Direct the defendant to (*specify*):_____

✓    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

_____   Other (*specify*):_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 4th day of October, 2021

Signature of Plaintiff _[signature]_
Address _____

Telephone number (267) ~~206~~ 292-8008  (JH)
Fax number (*if you have one*) _____

-5-