**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JULIAN HAYES,** : | |
|        **Plaintiff,** : | |
| : | |
|        **v.** : | **CIVIL ACTION** |
| : | **No. 21-4393** |
| **CITY OF PHILADELPHIA, PA** : | |
| **and FREE LIBRARY OF PHILADELPHIA,** : | |
| : | |
|        **Defendants.** : | |

## ORDER

This 27th day of September, 2022, it is hereby **ORDERED** that Defendant City of Philadelphia's Motion to Dismiss (ECF 7) is **GRANTED**, as follows: Defendant Free Library of Philadelphia is **DISMISSED** with prejudice; Plaintiff's failure to promote claims are **DISMISSED** with prejudice; and Plaintiff's remaining claims are **DISMISSED** without prejudice. Plaintiff may file an Amended Complaint within twenty (20) days of this Order.

                                                                     /s/ Gerald Austin McHugh
                                                                     United States District Judge